## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY THOMAS BROWN | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civ. No. CC-06-162 |
| | § | |
| MICHAEL J. ASTRUE | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION GRANTING

## IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

The United States Magistrate Judge filed her Memorandum and Recommendation on October 19, 2007 (D.E. 30). Plaintiff did not file objections. When no timely objection is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's

decision and GRANTS in part plaintiff's Motion for Attorney's Fees (D.E. 28).  The

Court awards plaintiff attorney's fees of $4,718.75 and costs of $105.07.

ORDERED this___*22*___day of___*Feb*_____2008.


HAYDEN HEAD
CHIEF JUDGE